UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| WALTER J. DYER, Personal Representative of the Estate of JENNIFER M. DYER, <br>          Plaintiff <br><br> v. <br><br> PENOBSCOT COUNTY, PENOBSCOT COUNTY SHERIFF'S OFFICE, PENOBSCOT COUNTY JAIL, NICHOLAS MITTON, TROY MORTON, LOUIS ST. PIERRE, JASON RAYMOND, and CHRISTOPHER WILSON, <br>          Defendants | Docket No. |

## NOTICE OF REMOVAL

NOW COME Defendants, by and through undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331 and 1446, and hereby remove the above-entitled matter to the United States District Court for the District of Maine. Removal is permissible because federal question jurisdiction exists by virtue of Plaintiff's claims under 42 U.S.C. § 1983.

This Notice of Removal is timely pursuant to the provisions of 28 U.S.C. § 1446(b) because this removal is being effected within 30 days after these Defendants received the Summons and Complaint.

In conformity with 28 U.S.C. § 1446(9), copies of the Penobscot County Superior Court Docket Sheet and all state court filings are attached hereto.

Dated: June 23, 2020                      /s/ Peter T. Marchesi
                                                                        Peter T. Marchesi, Esq.

    /s/   Cassandra S. Shaffer
Cassandra S. Shaffer, Esq.

Wheeler & Arey, P.A.
Attorneys for Defendants
27 Temple Street
Waterville, ME   04901

UNITED STATES DISTRICT COURT
District of Maine

|  |  |
|---|---|
| WALTER J. DYER, Personal Representative of the Estate of JENNIFER M. DYER,<br>　　　　　Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY, PENOBSCOT COUNTY SHERIFF'S OFFICE, PENOBSCOT COUNTY JAIL, NICHOLAS MITTON, TROY MORTON, LOUIS ST. PIERRE, JASON RAYMOND, and CHRISTOPHER WILSON,<br>　　　　　Defendants | )<br>) Docket No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

　　　I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Notice of Removal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

　　　Jodi L. Nofsinger Esq.　　　*NofsingerService@bermansimmons.com*
　　　Adam J. Arguelles, Esq.　　　*ArguellesService@bermansimmons.com*

Dated:　June 23, 2020　　　　　　　　　　　/s/　Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　Waterville, ME   04901