UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| WALTER J. DYER, Personal Representative of the Estate of JENNIFER M. DYER,<br>    Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY, PENOBSCOT COUNTY SHERIFF'S OFFICE, PENOBSCOT COUNTY JAIL, NICHOLAS MITTON, TROY MORTON, LOUIS ST. PIERRE, JASON RAYMOND, and CHRISTOPHER WILSON,<br>    Defendants | Docket No. |

## JURY TRIAL DEMAND

NOW COME Defendants, by and through undersigned counsel, and pursuant to F.R.Civ.P. 38(b), hereby demand trial by jury on all counts of the above-entitled matter.

Dated:  June 23, 2020

            /s/  Peter T. Marchesi
           Peter T. Marchesi, Esq.

            /s/  Cassandra S. Shaffer
           Cassandra S. Shaffer, Esq.

           Wheeler & Arey, P.A.
           Attorneys for Defendants
           27 Temple Street
           Waterville, ME   04901

## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| WALTER J. DYER, Personal Representative of the Estate of JENNIFER M. DYER,<br>　　　　　Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY, PENOBSCOT COUNTY SHERIFF'S OFFICE, PENOBSCOT COUNTY JAIL, NICHOLAS MITTON, TROY MORTON, LOUIS ST. PIERRE, JASON RAYMOND, and CHRISTOPHER WILSON,<br>　　　　　Defendants | Docket No. |

### CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for Defendants, hereby certify that:

- Jury Trial Demand

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Jodi L. Nofsinger Esq.　　*NofsingerService@bermansimmons.com*
    Adam J. Arguelles, Esq.　　*ArguellesService@bermansimmons.com*

Dated: June 23, 2020

                                  /s/ Peter T. Marchesi
                                  Peter T. Marchesi, Esq.
                                  Wheeler & Arey, P.A.
                                  Attorneys for Defendants
                                  27 Temple Street
                                  Waterville, ME  04901