UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| WALTER J. DYER, Personal Representative of the Estate of JENNIFER M. DYER,<br>　　　　Plaintiff<br><br>v.<br><br>PENOBSCOT COUNTY, PENOBSCOT COUNTY SHERIFF'S OFFICE, PENOBSCOT COUNTY JAIL, NICHOLAS MITTON, TROY MORTON, LOUIS ST. PIERRE, JASON RAYMOND, and CHRISTOPHER WILSON,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Docket No. 1:20-cv-00224-NT |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES Attorney Cassandra Shaffer and moves to withdraw as counsel for Defendants with respect to the above-captioned matter. Attorney Peter T. Marchesi will remain as lead counsel.

Dated: July 5, 2022　　　　　　　　　　　　／s／　Cassandra S. Shaffer
　　　　　　　　　　　　　　　　　　　　　Cassandra S. Shaffer, Esq.
　　　　　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　　　　　27 Temple Street
　　　　　　　　　　　　　　　　　　　　　Waterville, ME  04901

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| WALTER J. DYER, Personal Representative of the Estate of JENNIFER M. DYER, <br>         Plaintiff <br><br> v. <br><br> PENOBSCOT COUNTY, PENOBSCOT COUNTY SHERIFF'S OFFICE, PENOBSCOT COUNTY JAIL, NICHOLAS MITTON, TROY MORTON, LOUIS ST. PIERRE, JASON RAYMOND, and CHRISTOPHER WILSON, <br>         Defendants | Docket No. 1:20-cv-00224-NT |

### CERTIFICATE OF SERVICE

I, Cassandra Shaffer, Esq., attorney for Defendants, hereby certify that:

- Motion to Withdraw as Attorney

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

        Jodi L. Nofsinger Esq.      *NofsingerService@bermansimmons.com*
        Adam J. Arguelles, Esq.     *ArguellesService@bermansimmons.com*

Dated: July 5, 2022                                       /s/   Cassandra Shaffer
                                                           Cassandra Shaffer, Esq.
                                                           Wheeler & Arey, P.A.
                                                           27 Temple Street
                                                           Waterville, ME   04901